UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:13-CV-00069-FL

SHEILA BELL SMITH )
)
    Plaintiff )
)
vs. )
)     ORDER
)
CAROLYN W. COLVIN, )
)
    Defendant )
)
Acting Commissioner )
Social Security Administration, )
    Defendant )

Upon application of the plaintiff, and with no objection by defendant, it is ORDERED that the Commissioner of Social Security pay to plaintiff the sum of $3,825.00 in fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. Upon payment of such sum this case is dismissed with prejudice. The plaintiff has assigned the EAJA fee for direct payment to her attorney.

SO ORDERED this ___13th___ day of __June__, 2014.

_____
Louise Wood Flanagan
United States District Court Judge